**FAEGRE DRINKER BIDDLE & REATH LLP**
TARIFA B. LADDON (*Pro Hac Vice*)
*tarifa.laddon@faegredrinker.com*
DAVID P. KOLLER (*Pro Hac Vice*)
*david.koller@faegredrinker.com*
1800 Century Park East, Suite 1500
Los Angeles, California 90067
Telephone:   (310) 203-4000
Facsimile:    (310) 229-1285

*Attorneys for Defendants*
Biomet, Inc., Biomet Orthopedics, LLC,
Biomet U.S. Reconstruction, LLC and
Biomet Manufacturing, LLC

**CAREY DANIS & LOWE**
Andrew J. Cross (*Pro Hac Vice*)
*across@careydanis.com*
Jeffrey J. Lowe (*Pro Hac Vice*)
*jlowe@careydanis.com*
8235 Forsyth Blvd., Suite 1100
Clayton, MO  63105
Telephone: (314) 725-7700
Facsimile: (314) 678-3401

*Attorneys for Plaintiff*
Veronica Gonzalez

(Additional counsel listed on next page)

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| VERONICA GONZALEZ, | Case No. 2:19-cv-00043-ART-VCF |
| Plaintiff, | Hon. Anne R. Traum |
| v. | |
| BIOMET, INC.; BIOMET ORTHOPEDICS, LLC; BIOMET MANUFACTURING LLC F/K/A BIOMET MANUFACTURING CORP.; and BIOMET U.S. RECONSTRUCTION, LLC, | ORDER APPROVING *AMENDED* **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendants. | Complaint Filed: November 18, 2014 |

1 | **ALVERSON TAYLOR & SANDERS**
2 | JAROD PENNIMAN (Bar No. 16299)
  | *jpenniman@alversontaylor.com*
3 | 6605 Grand Montecito Parkway,
  | Suite. 200
4 | Las Vegas, NV 89149
5 | Telephone:   (702) 384-7000
  | Facsimile:   (702) 385-7000
6 |
7 | *Attorneys for Defendants*
  | Biomet, Inc., Biomet Orthopedics, LLC,
  | Biomet U.S. Reconstruction, LLC and
8 | Biomet Manufacturing, LLC

9 | **KEMP JONES, LLP**
10 | DON SPRINGMEYER (Bar No. 1021)
   | *dspringmeyer@wrslawyers.com*
11 | 3800 Howard Hughes Parkway,
   | # 1700 Wells Fargo Tower, 17th Floor
12 | Las Vegas, NV 89169
13 | Telephone:  (702) 385-6000

14 | *Attorneys for Plaintiff*
15 | Veronica Gonzalez

2

1   IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Sergio Gonzalez, Jr. ("Plaintiff") and Defendants Biomet, Inc., Biomet Orthopedics, LLC, Biomet Manufacturing LLC f/k/a Biomet Manufacturing Corp., and Biomet U.S. Reconstruction, LLC (the "Defendants"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's claims against the Defendants, and this lawsuit in its entirety, are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: August 22, 2023          **FAEGRE DRINKER BIDDLE & REATH LLP**


By:  /s/ Tarifa B. Laddon
     TARIFA B. LADDON (*Pro Hac Vice*)
     DAVID P. KOLLER (*Pro Hac Vice*)

     Attorneys for Defendants,
     Biomet, Inc., Biomet Orthopedics, LLC,
     Biomet U.S. Reconstruction, LLC, and
     Biomet Manufacturing, LLC

Dated: August 22, 2023          **ALVERSON TAYLOR & SANDERS**


By:  */s/ Jarod Penniman*
     JAROD PENNIMAN

     Attorneys for Defendants,
     Biomet, Inc., Biomet Orthopedics, LLC,
     Biomet U.S. Reconstruction, LLC, and
     Biomet Manufacturing, LLC

| | | |
|---|---|---|
| 1 | Dated: July 3, 2023 | **CAREY DANIS & LOWE** |
| 2 | | |
| 3 | | By: /s/ Andrew J. Cross |
| | | ANDREW J. CROSS (*Pro Hac Vice*) |
| 4 | | JEFFREY J. LOWE (*Pro Hac Vice*) |
| 5 | | |
| | | Attorneys for Plaintiff, |
| 6 | | Veronica Gonzalez |
| 7 | Dated: July 3, 2023 | |
| 8 | | **KEMP JONES, LLP** |
| 9 | | |
| 10 | | By: /s/ Don Springmeyer |
| | | DON SPRINGMEYER |
| 11 | | |
| 12 | | Attorneys for Plaintiff, |
| | | Veronica Gonzalez |

**APPROVED.**

Dated this 22nd day of August, 2023.

_____
Anne R. Traum, U.S. District Judge